UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICORD D. HUBER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>J. LIZARRAGA,<br><br>　　　　Respondent. | No. 2:17-cv-0292 DB P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On March 9, 2017, petitioner was ordered to submit the $5.00 filing fee to proceed with this case. (ECF No. 9.) In a document filed March 27, 2017, petitioner stated that he was enclosing the payment. (ECF No. 10.) However, the filing received by the court did not contain any payment.

Petitioner will be given one more opportunity to submit the appropriate filing fee. If he fails to do so, the court will recommend dismissal of this action.

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, petitioner shall submit the $5.00 filing fee to proceed with this action.

Dated: August 2, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/hube0292.fee2